Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cardinal Homes of Illinois, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Cardinal Homes** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4262570** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**249 Windham Circle**<br>**Yorkville, IL**<br><div align="right">ZIP Code<br>**60560**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Post Office Box 517**<br>**Yorkville, IL**<br><div align="right">ZIP Code<br>**60560**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
| --- | --- | --- |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
| --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
| --- | --- | --- | --- | --- |

**Official Form 1 (4/07)**
FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cardinal Homes of Illinois, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | _____Signature of Attorney for Debtor(s)_____(Date)_____ |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)

FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Cardinal Homes of Illinois, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Chris D. Rouskey**
Signature of Attorney for Debtor(s)

**Chris D. Rouskey 03123595**
Printed Name of Attorney for Debtor(s)

**Rouskey and Baldacci**
Firm Name

**151 Springfield Avenue**
**Joliet, IL 60435**
Address

**Email: rouskey-baldacci@sbcglobal.net**
**815-741-2118  Fax: 815-741-0670**
Telephone Number

**September 11, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Barry J. Mayworm**
Signature of Authorized Individual

**Barry J. Mayworm**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 11, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary (10/06)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Cardinal Homes of Illinois, Inc.** _____ ,    Case No. _____

Debtor    Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,573,384.00 | | |
| B - Personal Property | Yes | 4 | 322,708.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,409,521.64 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 9,364.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,541,316.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 2,896,092.40 | | |
| Total Liabilities | | | | 4,960,202.46 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Cardinal Homes of Illinois, Inc.**       ,      Case No. _____

                           Debtor

Chapter           **7**          

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re    **Cardinal Homes of Illinois, Inc.**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4 Vacant Lots; The Woods of Aux Sable Subdivision, Phase I, Channahon, IL** | **Owner** | - | **300,000.00** | **331,280.28** |
| **Presold Home; Lot 6, The Woods of Aux Sable Subdivision, Channahon, IL** | **Owner** | - | **318,384.00** | **320,000.00** |
| **23 Vacant Lots, The Woods of AuxSable Subdivision, Phase 2, Channahon, IL** | **Owner** | - | **1,955,000.00** | **1,655,140.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,573,384.00** | (Total of this page) |
| Total > | **2,573,384.00** |  |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6B
(10/05)

.

In re    **Cardinal Homes of Illinois, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Castle Bank Checking Account (General Account)** | - | 6.87 |
| | | **Castle Bank Checking Account (Payroll Account)** | - | 2.60 |
| | | **Fifth Third Bank Checking Account** | - | 23.24 |
| | | **Citizens First National Bank Checking Account** | - | 133.36 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with Commonwealth Edison** | - | 317.33 |
| | | **Stormwater management deposit given to City of Wheaton for Lot 11 in Windham Commons Subdivision** | - | 2,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **2,483.40** |
|---|---|---|
|  | (Total of this page) | |

   **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re   **Cardinal Homes of Illinois, Inc.**                             ,     Case No. _____

<center>Debtor</center>

# SCHEDULE B. PERSONAL PROPERTY
<center>(Continuation Sheet)</center>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Outstanding Contract for sale of pre-sold home located at Lot 6 in The Woods of Aux Sable Subdivision, Channahon, IL** | - | 318,314.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

<div align="right">

Sub-Total >     **318,314.00**
(Total of this page)

</div>

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Form B6B
(10/05)

In re    **Cardinal Homes of Illinois, Inc.** ,    Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge Van** | - | 1,000.00 |
| | | **1995 Chevrolet Van** | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment, furnishings, and supplies** | - | 181.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous machinery, fixtures, equipment and supplies used in business** | - | 230.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **1,911.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Cardinal Homes of Illinois, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 322,708.40 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Cardinal Homes of Illinois, Inc.**   Case No. _____
_____,
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **4000497311** <br><br> **BMW Financial Services** <br> **Post Office Box 9001065** <br> **Louisville, KY 40290** | | - | | | Automobile Lease <br><br> 2005 BMW <br><br><br> Value $ 25,000.00 | | | | 3,101.36 | 0.00 |
| Account No. **69500950** <br><br> **Citizens First National Bank** <br> **C/O Attorney Michael O'Brien** <br> **200 S. County Farm Road, #G** <br> **Wheaton, IL 60187** | | - | | | First Mortgage <br><br> 4 Vacant Lots; The Woods of Aux Sable Subdivision, Channahon, IL <br><br> Value $ 300,000.00 | | | | 215,566.00 | 0.00 |
| Account No. **1075000018** <br><br> **Citizens First National Bank** <br> **C/O Attorney Michael O'Brien** <br> **200 S. County Farm Road, #G** <br> **Wheaton, IL 60187** | | - | | | Mortgage <br><br> Presold Home; Lot 6, The Woods of Aux Sable Subdivision, Channahon, IL <br><br> Value $ 318,384.00 | | | | 320,000.00 | 1,616.00 |
| Account No. **1075000014** <br><br> **Citizens First National Bank** <br> **C/O Attorney Michael O'Brien** <br> **200 S. County Farm Road, #G** <br> **Wheaton, IL 60187** | | - | | | First Mortgage <br><br> 23 Vacant Lots, The Woods of AuxSable Subdivision, Phase 2, Channahon, IL <br><br> Value $ 1,955,000.00 | | | | 1,355,140.00 | 0.00 |
| __1__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 1,893,807.36 | 1,616.00 |

Official Form 6D (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.** _____,   Case No. _____
                                                                  Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hexagon Development<br>C/O Attorney Frank Cortina<br>124 W. Washington Street<br>Morris, IL 60450** | - | | Mortgage<br><br>23 Vacant Lots, The Woods of AuxSable Subdivision, Phase 2, Channahon, IL<br><br>Value $ 1,955,000.00 | | | | 300,000.00 | 0.00 |
| Account No.<br><br>**Natoma Group<br>C/O Attorney John A. Lipinsky<br>2525 Cabot Drive, #300<br>Lisle, IL 60532** | - | | Mortgage<br><br>4 Vacant Lots; The Woods of Aux Sable Subdivision, Channahon, IL<br><br>Value $ 300,000.00 | | | | 115,714.28 | 31,280.28 |
| Account No.<br><br>**Natoma Group<br>C/O Attorney John A. Lipinsky<br>2525 Cabot Drive, #300<br>Lisle, IL 60532** | - | | Second Mortgage<br><br>14 Vacant Lots, Windham Commons Subdivision, Wheaton, IL<br><br>Value $ 1,411,158.00 | | | | 1,100,000.00 | 879,474.00 |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 1,515,714.28 | 910,754.28 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 3,409,521.64 | 912,370.28 |

Official Form 6E (4/07)

.

In re    **Cardinal Homes of Illinois, Inc.**                                         Case No. _____
                                            ,
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Cardinal Homes of Illinois, Inc.** _____ ,   Case No. _____
                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Louise Kolb**<br>**1817 Willow Drive**<br>**Plainfield, IL 60544** | | - | **Commissions and bonus** | | | | | 0.00 |
| | | | | | | | 5,800.00 | 5,800.00 |
| Account No.<br><br>**Mary P. Nowak**<br>**368 Tyler Creek Court**<br>**Yorkville, IL 60560** | | - | **Wages** | | | | | 0.00 |
| | | | | | | | 98.00 | 98.00 |
| Account No.<br><br>**Michelle Keenan**<br>**3891 N. Route 71**<br>**Sheridan, IL 60551** | | - | **Vacation Pay and bonus** | | | | | 0.00 |
| | | | | | | | 1,646.08 | 1,646.08 |
| Account No.<br><br><br><br> | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 7,544.08 | 7,544.08 |

Official Form 6E (4/07) - Cont.

In re **Cardinal Homes of Illinois, Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DuPage County Collector**<br>**Bill Payment Center**<br>**Post Office Box 4203**<br>**Carol Stream, IL 60197** | - | | **Real Estate Taxes for Windham Commons Subdivision, Wheaton, IL** | | | | 1,265.78 | 0.00 <br> 1,265.78 |
| Account No.<br><br>**Grundy County Collector**<br>**111 E. Washington Street, #33**<br>**Morris, IL 60450** | - | | **Real Estate Taxes for Woods of AuxSable Subdivision, Channahon, IL** | | | | 354.20 | 0.00 <br> 354.20 |
| Account No.<br><br>**Kendall County Collector**<br>**111 W. Fox Street**<br>**Yorkville, IL 60560** | - | | **Real Estate Taxes for Lot 99, River's Edge Subdivision, Yorkville, IL** | | | | 200.00 | 0.00 <br> 200.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 1,819.98 / 1,819.98 |
| | Total | 0.00 |
| | (Report on Summary of Schedules) | 9,364.06 / 9,364.06 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Cardinal Homes of Illinois, Inc.**                                      Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4408-0462-9027-6321** **AARP Chase VISA Post Office Box 15153 Wilmington, DE 19886** | | - | | | | | | | 19,436.00 |
| Account No. **ABT Electronics 1200 N. Milwaukee Avenue Glenview, IL 60026** | | - | | | | | | | 5,370.72 |
| Account No. **Active Excavating & Wrecking 817 E. North Street Elburn, IL 60199** | | - | | | | | | | 3,387.00 |
| Account No. **5477-5354-9324-9013** **Advanta Mastercard Post Office Box 844 Spring House, PA 19477** | | - | | | | | | | 22,584.00 |

| | | |
|---|---|---|
| __19__ continuation sheets attached | Subtotal (Total of this page) | 50,777.72 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      S/N:33571-070829    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**All Around Seamless Gutters of Illinois**<br>**112 Colonial Parkway, #D**<br>**Yorkville, IL 60560** | - | | | | | | | | 2,319.00 |
| Account No.<br><br>**Allied Waste Service**<br>**Post Office Box 9001099**<br>**Louisville, KY 40290** | - | | | | | | | | 194.74 |
| Account No.<br><br>**Alpha Graphics**<br>**128 N. Main Street**<br>**Wheaton, IL 60187** | - | | | | | | | | 73.44 |
| Account No. **3722-669002-12009**<br><br>**American Express**<br>**Post Office Box 360002**<br>**Fort Lauderdale, FL 33336** | - | | | | | | | | 41,637.00 |
| Account No.<br><br>**Architectural Services Enhancement**<br>**C/O Attorney Richard Atlas**<br>**Post Office Box 894**<br>**Glenview, IL 60025** | - | | | | | | | | 10,780.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **55,004.18**

Official Form 6F (10/06) - Cont.

In re    **Cardinal Homes of Illinois, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **AT&T** **Bill Payment Center** **Saginaw, MI 48663** | - | | | | | | | 830.89 |
| Account No. | | | | | | | | |
| **Attainable Housing Alliance** **1919 S. Highland Avenue, Bldg. A, #** **Lombard, IL 60148** | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| **B.L.R. Architects** **1709 Ogden Avenue** **Lisle, IL 60532** | - | | | | | | | 1,080.00 |
| Account No. | | | | | | | | |
| **Bailey's Carpet One** **1224 W. Ogden Avenue** **Naperville, IL 60563** | - | | | | | | | 35,112.13 |
| Account No. | | | | | | | | |
| **Bank of America American Express** **Post Office Box 37291** **Baltimore, MD 21297** | - | | | | | | | 24,771.00 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **61,894.02**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5474-1501-0078-2472**<br><br>**Bank of America Mastercard**<br>**Post Office Box 37291**<br>**Baltimore, MD 21297** | - | | | | | | 18,958.00 |
| Account No.<br><br>**Barry J. Mayworm**<br>**5750 Abbey Drive, #4N**<br>**Lisle, IL 60532** | - | | | | | | 481,554.31 |
| Account No.<br><br>**Beyond Bookkeepers, Inc.**<br>**100 Tower Drive, #119**<br>**Burr Ridge, IL 60527** | - | | | | | | 5,800.00 |
| Account No.<br><br>**Bristol Blacktop**<br>**Post Office Box 405**<br>**Montgomery, IL 60538** | - | | | | | | 140.00 |
| Account No.<br><br>**Builder's Insulation**<br>**Post Office Box 40**<br>**Mc Farland, WI 53558** | - | | | | | | 5,190.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          511,642.31

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Cardinal Homes of Illinois, Inc.**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Builder's Roofing & Siding Supply Post Office Box 498 Warrenville, IL 60555 | - | | | | | | | | 534.83 |
| Account No. | | | | | | | | | |
| Business Card Post Office Box 15710 Wilmington, DE 19886 | - | | | | | | | | 502.15 |
| Account No. | | | | | | | | | |
| C&B Carpentry Post Office Box 204 Sandwich, IL 60548 | - | | | | | | | | 16,999.00 |
| Account No. | | | | | | | | | |
| Castle Bank 141 W. Lincoln Highway Dekalb, IL 60115 | - | | | | | | | | 15,345.17 |
| Account No. | | | | | | | | | |
| Cemcon, Ltd. 2280 White Oak Circle, #100 Aurora, IL 60502 | - | | | | | | | | 1,120.00 |

Sheet no. __4___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,501.15**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.**                              ,      Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Citizens First National Bank**<br>**606 S. Main Street**<br>**Princeton, IL 61356** | - | | | | | | | **32,334.62** |
| Account No. | | | | | | | | |
| **City of Wheaton**<br>**Post Office Box 727**<br>**Wheaton, IL 60187** | - | | | | | | | **44.65** |
| Account No. | | | | | | | | |
| **Classic Cleaning Group, Inc.**<br>**13040 Cathy Lane**<br>**Plainfield, IL 60585** | - | | | | | | | **1,080.56** |
| Account No. | | | | | | | | |
| **Comcast**<br>**Post Office Box 3001**<br>**Southeastern, PA 19398** | - | | | | | | | **65.73** |
| Account No. | | | | | | | | |
| **Commercial & Home Tech. Solutions**<br>**165 Kirkland Circle**<br>**Oswego, IL 60543** | - | | | | | | | **74.00** |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **33,599.56**

Official Form 6F (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.** ,                     Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Commonwealth Edison Bill Payment Center Chicago, IL 60668** | - | | | | | | 1,211.18 |
| Account No. | | | | | | | |
| **Compass Signs 0 N 700 Coventry Drive Wheaton, IL 60187** | - | | | | | | 1,200.00 |
| Account No. | | | | | | | |
| **Corsetti Structural Steel 2515 Old New Lenox Road Joliet, IL 60433** | - | | | | | | 3,250.00 |
| Account No. | | | | | | | |
| **Crystal Clear Graphics 2304 Wild Timothy Road Naperville, IL 60564** | - | | | | | | 105.00 |
| Account No. | | | | | | | |
| **D.E. Thompson Excavating, Inc. Post Office Box 452 Minooka, IL 60447** | - | | | | | | 9,990.75 |

Sheet no. __6__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **15,756.93**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Cardinal Homes of Illinois, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Dave's Siding** <br> **2723 N. 35 Road** <br> **Seneca, IL 61360** | | - | | | | | | | 14,012.00 |
| Account No. <br><br> **DeGeus & Klafter Insurance** <br> **227 N. Hammes Avenue** <br> **Joliet, IL 60435** | | - | | | | | | | 18,575.00 |
| Account No. <br><br> **Destello Construction Corp.** <br> **950 Wilkinson Lane** <br> **North Aurora, IL 60542** | | - | | | | | | | 14,845.00 |
| Account No. **6011-0072-8022-4261** <br><br> **Discover Card** <br> **Post Office Box 30395** <br> **Salt Lake City, UT 84130** | | - | | | | | | | 8,265.00 |
| Account No. **6011-0074-6066-8824** <br><br> **Discover Card** <br> **Post Office Box 30395** <br> **Salt Lake City, UT 84130** | | - | | | | | | | 11,903.00 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **67,600.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Cardinal Homes of Illinois, Inc.**                                      ,      Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**DSI Glass, Inc.**<br>**2760 Beverly Drive, #6**<br>**Aurora, IL 60504** | - | | | | | | | | 3,399.00 |
| Account No.<br><br>**Dykema**<br>**400 Renaissance Center**<br>**Detroit, MI 48243** | - | | | | | | | | 203.40 |
| Account No.<br><br>**Eberle & Associates**<br>**1601 N. Bond Street, #204**<br>**Naperville, IL 60563** | - | | | | | | | | 4,233.60 |
| Account No.<br><br>**F.E. Wheaton**<br>**204 W. Wheaton Avenue**<br>**Yorkville, IL 60560** | - | | | | | | | | 35,244.82 |
| Account No.<br><br>**Federal Express**<br>**Post Office Box 94515**<br>**Palatine, IL 60094** | - | | | | | | | | 102.30 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 43,183.12

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Cardinal Homes of Illinois, Inc.**                                          ,        Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Fifth Third Bank** **Post Office Box 630337** **Cincinnati, OH 45263** | - | | | | | | | 36,548.75 |
| Account No. **4418-4091-5917-3930** | | | | | | | | |
| **First National Bank Omaha** **Post Office Box 2951** **Omaha, NE 68103** | - | | | | | | | 20,511.00 |
| Account No. | | | | | | | | |
| **Fox Valley Installers** **1335 Mabel Lane** **Sandwich, IL 60548** | - | | | | | | | 25.00 |
| Account No. | | | | | | | | |
| **FR Seven, LLC** **C/O Attorney Mary McSwain** **400 S. Knoll Street, #A** **Wheaton, IL 60187** | - | | | | | | | 46,021.55 |
| Account No. | | | | | | | | |
| **G. M. Randa, Inc.** **106 E. Beaver Street** **Yorkville, IL 60560** | - | | | | | | | 5,439.08 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  **108,545.38**
(Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Gifford Construction Co.**<br>**134 S. Grant Street**<br>**Westmont, IL 60559** | - | | | | | | | 28,720.75 |
| Account No.<br><br>**Grainco**<br>**3107 N. State Route 23**<br>**Ottawa, IL 61350** | - | | | | | | | 528.35 |
| Account No.<br><br>**Hagerty and Son, Inc.**<br>**617 Montgomery Road**<br>**Montgomery, IL 60538** | - | | | | | | | 18,018.75 |
| Account No.<br><br>**Home Builders Association of**<br>**Greater Chicago**<br>**1841 Army Trail Road**<br>**Addison, IL 60101** | - | | | | | | | 120.00 |
| Account No.<br><br>**Jamar Overhead Doors**<br>**119 E. Butterfield Road**<br>**North Aurora, IL 60542** | - | | | | | | | 3,637.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **51,024.85**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Cardinal Homes of Illinois, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Jeff Kaminskas 422 Windsor Drive Oswego, IL 60543 | - | | | | | | | 350.00 |
| Account No. | | | | | | | | |
| JFK.COM 117 S. Cook Street, #306 Barrington, IL 60010 | - | | | | | | | 270.00 |
| Account No. | | | | | | | | |
| John P. Sommers Family Trust 537 E. Madison Villa Park, IL 60181 | - | | | | | | | 180,683.66 |
| Account No. | | | | | | | | |
| Karel-Gordon & Associates 707 Skokie Blvd. Northbrook, IL 60062 | - | | | | | | | 1,070.00 |
| Account No. | | | | | | | | |
| Kitchen Design 2000 1145 S. Cindy Court Plainfield, IL 60585 | - | | | | | | | 38,046.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          220,419.66

Official Form 6F (10/06) - Cont.

In re    **Cardinal Homes of Illinois, Inc.**                                      ,        Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kopy Kat Copier, Inc.**<br>**1550 N. Farnsworth Avenue**<br>**Aurora, IL 60505** | - | | | | | | | 1,324.83 |
| Account No.<br><br>**Light Source Lighting**<br>**15114 S. Route 59**<br>**Plainfield, IL 60586** | - | | | | | | | 7,867.00 |
| Account No.<br><br>**Liss Photography Studio**<br>**309 Windham Circle**<br>**Yorkville, IL 60560** | - | | | | | | | 30.00 |
| Account No.<br><br>**Little Electrical Contractors**<br>**12825 Barrow Lane**<br>**Plainfield, IL 60585** | - | | | | | | | 35,170.00 |
| Account No.<br><br>**Mark of Excellence**<br>**821 Gleason Avenue**<br>**Aurora, IL 60560** | - | | | | | | | 2,000.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    46,391.83

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Cardinal Homes of Illinois, Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Michael Bianco 2020 Windham Circle Wheaton, IL 60187** | - | | | | | | 765.68 |
| Account No. | | | | | | | |
| **Milgard Windows #774070 4070 Solutions Center Chicago, IL 60677** | - | | | | | | 24.85 |
| Account No. | | | | | | | |
| **National Association of Homebuilder 1201 15th Street, N.W. Washington, DC 20005** | - | | | | | | 500.00 |
| Account No. | | | | | | | |
| **Nelson Surveyors 13300 S. Division Street, #D1 Plainfield, IL 60544** | - | | | | | | 2,000.00 |
| Account No. | | | | | | | |
| **Nicor Gas Post Office Box 416 Aurora, IL 60560** | - | | | | | | 2,717.13 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,007.66**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Cardinal Homes of Illinois, Inc.**                               ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Oasis Industries, Inc. 1600 Mountain Street Aurora, IL 60505 | - | | | | | | | 131.18 |
| Account No. | | | | | | | | |
| Pella Windows & Doors 112 Alexandra Way Carol Stream, IL 60188 | - | | | | | | | 8,764.01 |
| Account No. | | | | | | | | |
| PH Construction 1010 Dean Street Woodstock, IL 60098 | - | | | | | | | 6,239.00 |
| Account No. | | | | | | | | |
| Plan-It Granite & Marble of Chicago 1325 W. Ardmore Avenue Itasca, IL 60143 | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| Preferred Waterproofing, Inc. 9845 Rutherford Avenue Chicago Ridge, IL 60415 | - | | | | | | | 200.00 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **15,534.19**

Official Form 6F (10/06) - Cont.

In re    **Cardinal Homes of Illinois, Inc.**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | - | | | | | | |
| **RDI Jaime Manzo** **Post Office Box 945** **Plainfield, IL 60544** | | | | | | | | 26,175.00 |
| **Account No.** | | - | | | | | | |
| **Rick Baker Masonry** **8N591 Thomas Road** **Hampshire, IL 60140** | | | | | | | | 41,966.00 |
| **Account No.** | | - | | | | | | |
| **S&K Development, LLC** **C/O Attorney Steven Ruffalo** **400 S. Knoll Street** **Wheaton, IL 60187** | | | | | | | | 34,699.65 |
| **Account No.** | | - | | | | | | |
| **Salsbury Industries** **1010 E. 62nd Street** **Los Angeles, CA 90001** | | | | | | | | 475.00 |
| **Account No.** | | - | | | | | | |
| **SCE Unlimited** **195 Exchange Blvd.** **Glendale Heights, IL 60139** | | | | | | | | 1,043.50 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **104,359.15**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.**                                          ,         Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Schoenberg, Fisher, Newman and Rosenburg 222 S. Riverside Plaza Chicago, IL 60606 | - | | | | | | | 520.00 |
| Account No. | | | | | | | | |
| Sopris Concrete 213 Bender Street Sandwich, IL 60548 | - | | | | | | | 52,026.92 |
| Account No. | | | | | | | | |
| Sprint Post Office Box 88026 Chicago, IL 60680 | - | | | | | | | 98.55 |
| Account No. | | | | | | | | |
| Sprint Post Office Box 4191 Carol Stream, IL 60197 | - | | | | | | | 103.89 |
| Account No. | | | | | | | | |
| State Farm Mutual Insurance Co. 6134 N. Northwest Highway Chicago, IL 60631 | - | | | | | | | 695.99 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,445.35

Official Form 6F (10/06) - Cont.

In re  **Cardinal Homes of Illinois, Inc.** ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Stip Brothers Excavating, Inc. 19042 W. Manhattan Road Elwood, IL 60421 | - | | | | | | | 2,188.00 |
| Account No. | | | | | | | | |
| Tamarack Heating & Cooling 11956 S. Aero Drive Plainfield, IL 60544 | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| Teresa's Palette 321 E. Wilson Street Batavia, IL 60510 | - | | | | | | | 335.00 |
| Account No. | | | | | | | | |
| The Office Works Post Office Box 173 Plano, IL 60545 | - | | | | | | | 48.03 |
| Account No. | | | | | | | | |
| Thorne Electric, Inc. Post Office Box 321 Wheaton, IL 60189 | - | | | | | | | 145.50 |

Sheet no. __17__ of __19__ sheets attached to Schedule of   Subtotal   2,966.53
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Cardinal Homes of Illinois, Inc.**                                    ,   Case No. _____
                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Valley Paving** <br> **49 Stonehill Road** <br> **Oswego, IL 60543** | | - | | | | | | 800.00 |
| Account No. <br><br> **Vesco Reprographic** <br> **1351 Aucutt Road** <br> **Montgomery, IL 60538** | | - | | | | | | 231.09 |
| Account No. **3100070** <br><br> **Village of Channahon** <br> **24555 S. Navajo Drive** <br> **Channahon, IL 60410** | | - | | | | | | 172.33 |
| Account No. <br><br> **Wheaton Sanitary District** <br> **Post Office Box 4490** <br> **Carol Stream, IL 60197** | | - | | | | | | 33.12 |
| Account No. <br><br> **Whitehall Products** <br> **1345 Momentum Place** <br> **Chicago, IL 60689** | | - | | | | | | 317.76 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,554.30

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Cardinal Homes of Illinois, Inc.**              ,    Case No. _____

                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William Scotsman, Inc.**<br>**C/O Beach Associates, Inc.**<br>**696 Bay Road, #B**<br>**Dover, DE 19901** | - | | | | | | **3,051.00** |
| Account No.<br><br>**Wilson Heating & Air Conditioning**<br>**925 Lambrecht Road**<br>**Frankfort, IL 60423** | - | | | | | | **15,160.00** |
| Account No.<br><br>**Windham Commons Homeowners Assoc.**<br>**Post Office Box 307**<br>**Wheaton, IL 60189** | - | | | | | | **500.00** |
| Account No.<br><br>**Yorkville Hill Landscaping**<br>**9591 State Route 126**<br>**Yorkville, IL 60560** | - | | | | | | **38,397.87** |
| Account No.<br><br> | | | | | | | |

Sheet no. __**19**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
      (Total of this page)      **57,108.87**

        Total
(Report on Summary of Schedules)      **1,541,316.76**

Form B6G
(10/05)

.

In re    **Cardinal Homes of Illinois, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Aaron and Erin Saling**<br>**344 Tyler Creek Court**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Al and Rose Hallin**<br>**468 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Andrew and Nikki Bobbit**<br>**568 Arrowhead Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Bill and Sue Brookins**<br>**456 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **BMW Financial Services**<br>**Post Office Box 9001065**<br>**Louisville, KY 40290** | **Automobile Lease on BMW** |
| **Chuck and Anne Anderson**<br>**208 Windham Circle**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Dan and Margie Giles**<br>**2054 Windham Circle**<br>**Wheaton, IL 60187** | **Unexpired New Home Warranty** |
| **Dave and Beth Widell**<br>**479 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Deb Poi**<br>**27308 W. Deer Hollow Lane**<br>**Channahon, IL 60410** | **Unexpired New Home Warranty** |
| **Dennis and Christine Huelhorst**<br>**226 WIndham Circle**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Ed and Bonnie Reding**<br>**491 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **FR Seven, LLC**<br>**C/O Attorney Mary McSwain**<br>**400 S. Knoll Street, #A**<br>**Wheaton, IL 60187** | **Articles of Agreement for Deed on Vacant Lots, Windham Commons Subdivision, Wheaton, IL** |

  **2**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Cardinal Homes of Illinois, Inc.** _____,     Case No. _____
                                         Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gary and Ellen Williams**<br>**255 Windham Circle**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Geoff and Carol Reinig**<br>**389 WIndham Circle**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Guy and Ginny Sullaway**<br>**352 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Javier Manzo**<br>**Karla Franchini**<br>**27324 W. Deer Hollow Lane**<br>**Channahon, IL 60410** | **Unexpired New Home Warranty** |
| **Jim and Kerrie Lafollette**<br>**371 Tyler Creek Court**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Ken and Joan Knutson**<br>**967 Stoney Creek Lane**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Larry and Deb Granat**<br>**953 Stoney Creek Lane**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Leon and Judy Liss**<br>**309 Windham Circle**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Mark and Jill Fleishman**<br>**323 Windham Circle**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Mike and Kathy Masciopinto**<br>**356 Tyler Creek Court**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Mike and Sue Bianco**<br>**2020 Windham Circle**<br>**Wheaton, IL 60187** | **Unexpired New Home Warranty** |
| **Milan Kodich**<br>**BECKY CANTWELL**<br>**453 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Paul and Joanne Nottke**<br>**431 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re      **Cardinal Homes of Illinois, Inc.**                                            ,      Case No. _____
                                          Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rich and Patty Tanney**<br>**27340 W. Red Wing Lane**<br>**Channahon, IL 60410** | **Unexpired New Home Warranty** |
| **Rick and Martha Jeffers**<br>**344 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Robert and Olga Rammer**<br>**2050 Windham Circle**<br>**Wheaton, IL 60187** | **Unexpired New Home Warranty** |
| **Robert and Sandra Kolodzinski**<br>**358 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Robert and Suzanne Knauer**<br>**904 Cobblestone Court**<br>**Shorewood, IL 60404** | **Contract for construction of home at Lot 6, 27219 W. Deer Hollow Lane, Channahon, IL and New Home Warranty to be issued at completion of home.** |
| **Roger and Cindy Poole**<br>**27264 W. Deer Hollow Lane**<br>**Channahon, IL 60410** | **Unexpired New Home Warranty** |
| **Ron and Cathy Kelso**<br>**473 Poplar Drive**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Russ and Barb Brown**<br>**924 Stoney Creek Lane**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |
| **Scott and Debbie Falduto**<br>**394 Windham Circle**<br>**Yorkville, IL 60560** | **Unexpired New Home Warranty** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Form B6H
(10/05)

In re   **Cardinal Homes of Illinois, Inc.**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Barry J. Mayworm**<br>**5750 Abbey Drive, #4N**<br>**Lisle, IL 60532** | **Fifth Third Bank**<br>**Post Office Box 630337**<br>**Cincinnati, OH 45263** |
| **Barry J. Mayworm**<br>**5750 Abbey Drive, #4N**<br>**Lisle, IL 60532** | **Citizens First National Bank**<br>**606 S. Main Street**<br>**Princeton, IL 61356** |
| **Barry J. Mayworm**<br>**5750 Abbey Drive, #4N**<br>**Lisle, IL 60532** | **Natoma Group**<br>**C/O Attorney John A. Lipinsky**<br>**2525 Cabot Drive, #300**<br>**Lisle, IL 60532** |
| **Barry J. Mayworm**<br>**5750 Abbey Drive, #4N**<br>**Lisle, IL 60532** | **Hexagon Development**<br>**C/O Attorney Frank Cortina**<br>**124 W. Washington Street**<br>**Morris, IL 60450** |

  **0**  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cardinal Homes of Illinois, Inc.**                                  Case No. _____

                                                  Debtor(s)          Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**36**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 11, 2007**                    Signature    **/s/ Barry J. Mayworm**
                                                              **Barry J. Mayworm**
                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cardinal Homes of Illinois, Inc.**　　　　　　　　　　　　　　　　　Case No. ＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**7**　＿＿＿＿＿＿＿＿＿＿＿

# STATEMENT OF FINANCIAL AFFAIRS

　　　This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

　　　Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

　　　*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

　　　*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$7,417,901.97** | **2005 Gross income from operation of business** |
| **$6,570,617.25** | **2006 Gross income from operation of business** |
| **$2,492,566.35** | **2007 Gross Year to Date income from operation of business** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

　　　　AMOUNT　　　　　　　　SOURCE

### 3. Payments to creditors

None
■  *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL |
|---|---|---|---|

None
■  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Barry J. Mayworm**<br>**5750 Abbey Drive, #4N**<br>**Lisle, IL 60532**<br>  **100% Shareholder of Corporation** | **1-1-07; 1-11-07; 2-1-07; 3-8-07; 4-12-07** | **$16,417.88** | **$465,136.43** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **S&K Development, LLC VS. FR Seven, LLC, Cardinal Homes of Illinois, Inc., Natoma Group, LLC, Windham Commons Homeowners Association, NFP, Unknown Owners, Et.Al.**<br>**2007 CH 1297** | **Foreclosure** | **Dupage County Circuit Court Wheaton, IL** | **Default Judgment Entered** |
| **Lester J. Pawula and Julie A. Pawula vs. Cardinal Homes of Illinois, Inc.**<br>**2007 L 811** | **Foreclosure** | **DuPage County Circuit Court Wheaton, IL** | **Dismissed** |
| **Citizens First National Bank vs. Cardinal Homes of Illinois, Inc., Barry Mayworm, Natoma Group, LLC, Hexagon Develpment Group, LLC, Et.Al.** | **Foreclosure** | **Grundy County Circuit Court Morris, IL** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Natoma Group, LLC vs. West Suburban Bank, Cardinal Homes of Illinois, Et.AL.**<br>**07 CH 1297** | **Foreclosure** | **DuPage County Circuit Court Wheaton, IL** | **Pending** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fifth Third Bank**<br>**Post Office Box 630337**<br>**Cincinnati, OH 45263** | **August 23, 2007** | **Deed in Lieu of Foreclosure given for Mortgage dated June 9, 2006 and recorded on June 22, 2006 as Document No. R06-119371 and Mortgage Spreader Agreement and Amendment of Mortgage dated October 13, 2006 and recorded November 30, 2006 as Document No. R06-230895, both in the Recorder of Deed's Office of DuPage County, Illinois.  Approximate balance owed at time of execution of Deed in Lieu of Foreclosure was $1,137,858.13.** |
| **Citizens First National Bank**<br>**C/O Attorney Michael O'Brien**<br>**200 S. County Farm Road, #G**<br>**Wheaton, IL 60187** | **July 26, 2007** | **Deeds in Lieu of Foreclosure given in regards to Lot 111, The Woods of AuxSable Unit 1, Channahon, Illinois and Lot 99 in River's Edge, Yorkville, Illinois. Approximate value at time of execution $469,500.00.** |

### 6. Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rouskey and Baldacci 151 Springfield Avenue Joliet, IL 60435** | **June, 2007** | **$2,500.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **225 Windham Circle**<br>**Yorkville, IL 60560** | **CARDINAL HOMES OF ILLINOIS, INC.** | **5-27-04 to 11-30-06** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CARDINAL HOMES OF ILLINOIS, INC.** | 36-4262570 | **249 Windham Circle Yorkville, IL 60560** | **Real estate development and home construction** | 10-7-98 |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

7

**19. Books, records and financial statements**

None ☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Susan Deal** | **1999 to Present** |
| **Beyond Bookkeepers, Inc.** | |
| **100 Tower Drive, #119** | |
| **Burr Ridge, IL 60527** | |

None ☐     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Susan Deal** | **Beyond Bookkeepers, Inc.** | **1999 to Present** |
| | **100 Tower Drive, #119** | |
| | **Burr Ridge, IL 60527** | |

None ☐     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Susan Deal** | **Beyond Bookkeepers, Inc.** |
| **1999 to Present** | **100 Tower Drive, #119** |
| | **Burr Ridge, IL 60527** |

None ☐     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Citizens First National Bank** | **December, 2006** |
| **606 S. Main Street** | |
| **Princeton, IL 61356** | |
| **Fifth Third Bank** | **December, 2006** |
| **Post Office Box 630778** | |
| **Cincinnati, OH 45263** | |

**20. Inventories**

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Barry J. Mayworm**<br>**5750 Abbey Drive, #4N**<br>**Lisle, IL 60532** | **President** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 11, 2007**              Signature  **/s/ Barry J. Mayworm**
                                                      **Barry J. Mayworm**
                                                      **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Cardinal Homes of Illinois, Inc.**

_____

Debtor(s)

Case No.   _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................ | $          **2,500.00** |
| Prior to the filing of this statement I have received........................................... | $          **2,500.00** |
| Balance Due............................................................................................................ | $              **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Barry J. Mayworm**

3.   The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **Barry J. Mayworm**

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 11, 2007**

_____

**/s/ Chris D. Rouskey**
**Chris D. Rouskey**
**Rouskey and Baldacci**
**151 Springfield Avenue**
**Joliet, IL 60435**
**815-741-2118  Fax: 815-741-0670**
**rouskey-baldacci@sbcglobal.net**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Cardinal Homes of Illinois, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **139**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 11, 2007**

**/s/ Barry J. Mayworm**

**Barry J. Mayworm**/President
Signer/Title

Aaron and Erin Saling
344 Tyler Creek Court
Yorkville, IL 60560


AARP Chase VISA
Post Office Box 15153
Wilmington, DE 19886


ABT Electronics
1200 N. Milwaukee Avenue
Glenview, IL 60026


Active Excavating & Wrecking
817 E. North Street
Elburn, IL 60199


Advanta Mastercard
Post Office Box 844
Spring House, PA 19477


Al and Rose Hallin
468 Poplar Drive
Yorkville, IL 60560


All Around Seamless Gutters
of Illinois
112 Colonial Parkway, #D
Yorkville, IL 60560


Allied Waste Service
Post Office Box 9001099
Louisville, KY 40290


Alpha Graphics
128 N. Main Street
Wheaton, IL 60187


American Express
Post Office Box 360002
Fort Lauderdale, FL 33336


Andrew and Nikki Bobbit
568 Arrowhead Drive
Yorkville, IL 60560

Architectural Services Enhancement
C/O Attorney Richard Atlas
Post Office Box 894
Glenview, IL 60025


AT&T
Bill Payment Center
Saginaw, MI 48663


Attainable Housing Alliance
1919 S. Highland Avenue, Bldg. A, #
Lombard, IL 60148


B.L.R. Architects
1709 Ogden Avenue
Lisle, IL 60532


Bailey's Carpet One
1224 W. Ogden Avenue
Naperville, IL 60563


Bank of America American Express
Post Office Box 37291
Baltimore, MD 21297


Bank of America Mastercard
Post Office Box 37291
Baltimore, MD 21297


Barry J. Mayworm
5750 Abbey Drive, #4N
Lisle, IL 60532


Beyond Bookkeepers, Inc.
100 Tower Drive, #119
Burr Ridge, IL 60527


Bill and Sue Brookins
456 Poplar Drive
Yorkville, IL 60560


BMW Financial Services
Post Office Box 9001065
Louisville, KY 40290

Bristol Blacktop
Post Office Box 405
Montgomery, IL 60538


Builder's Insulation
Post Office Box 40
Mc Farland, WI 53558


Builder's Roofing & Siding Supply
Post Office Box 498
Warrenville, IL 60555


Business Card
Post Office Box 15710
Wilmington, DE 19886


C&B Carpentry
Post Office Box 204
Sandwich, IL 60548


Castle Bank
141 W. Lincoln Highway
Dekalb, IL 60115


Cemcon, Ltd.
2280 White Oak Circle, #100
Aurora, IL 60502


Chuck and Anne Anderson
208 Windham Circle
Yorkville, IL 60560


Citizens First National Bank
C/O Attorney Michael O'Brien
200 S. County Farm Road, #G
Wheaton, IL 60187


Citizens First National Bank
606 S. Main Street
Princeton, IL 61356


City of Wheaton
Post Office Box 727
Wheaton, IL 60187

Classic Cleaning Group, Inc.
13040 Cathy Lane
Plainfield, IL 60585


Comcast
Post Office Box 3001
Southeastern, PA 19398


Commercial & Home Tech. Solutions
165 Kirkland Circle
Oswego, IL 60543


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Compass Signs
0 N 700 Coventry Drive
Wheaton, IL 60187


Corsetti Structural Steel
2515 Old New Lenox Road
Joliet, IL 60433


Crystal Clear Graphics
2304 Wild Timothy Road
Naperville, IL 60564


D.E. Thompson Excavating, Inc.
Post Office Box 452
Minooka, IL 60447


Dan and Margie Giles
2054 Windham Circle
Wheaton, IL 60187


Dave and Beth Widell
479 Poplar Drive
Yorkville, IL 60560


Dave's Siding
2723 N. 35 Road
Seneca, IL 61360

Deb Poi
27308 W. Deer Hollow Lane
Channahon, IL 60410


DeGeus & Klafter Insurance
227 N. Hammes Avenue
Joliet, IL 60435


Dennis and Christine Huelhorst
226 WIndham Circle
Yorkville, IL 60560


Destello Construction Corp.
950 Wilkinson Lane
North Aurora, IL 60542


Discover Card
Post Office Box 30395
Salt Lake City, UT 84130


DSI Glass, Inc.
2760 Beverly Drive, #6
Aurora, IL 60504


DuPage County Collector
Bill Payment Center
Post Office Box 4203
Carol Stream, IL 60197


Dykema
400 Renaissance Center
Detroit, MI 48243


Eberle & Associates
1601 N. Bond Street, #204
Naperville, IL 60563


Ed and Bonnie Reding
491 Poplar Drive
Yorkville, IL 60560


F.E. Wheaton
204 W. Wheaton Avenue
Yorkville, IL 60560

Federal Express
Post Office Box 94515
Palatine, IL 60094


Fifth Third Bank
Post Office Box 630337
Cincinnati, OH 45263


First National Bank Omaha
Post Office Box 2951
Omaha, NE 68103


Fox Valley Installers
1335 Mabel Lane
Sandwich, IL 60548


FR Seven, LLC
C/O Attorney Mary McSwain
400 S. Knoll Street, #A
Wheaton, IL 60187


G. M. Randa, Inc.
106 E. Beaver Street
Yorkville, IL 60560


Gary and Ellen Williams
255 Windham Circle
Yorkville, IL 60560


Geoff and Carol Reinig
389 WIndham Circle
Yorkville, IL 60560


Gifford Construction Co.
134 S. Grant Street
Westmont, IL 60559


Grainco
3107 N. State Route 23
Ottawa, IL 61350


Grundy County Collector
111 E. Washington Street, #33
Morris, IL 60450

Guy and Ginny Sullaway
352 Poplar Drive
Yorkville, IL 60560


Hagerty and Son, Inc.
617 Montgomery Road
Montgomery, IL 60538


Hexagon Development
C/O Attorney Frank Cortina
124 W. Washington Street
Morris, IL 60450


Home Builders Association of
Greater Chicago
1841 Army Trail Road
Addison, IL 60101


Jamar Overhead Doors
119 E. Butterfield Road
North Aurora, IL 60542


Javier Manzo
Karla Franchini
27324 W. Deer Hollow Lane
Channahon, IL 60410


Jeff Kaminskas
422 Windsor Drive
Oswego, IL 60543


JFK.COM
117 S. Cook Street, #306
Barrington, IL 60010


Jim and Kerrie Lafollette
371 Tyler Creek Court
Yorkville, IL 60560


John P. Sommers Family Trust
537 E. Madison
Villa Park, IL 60181

Karel-Gordon & Associates
707 Skokie Blvd.
Northbrook, IL 60062


Ken and Joan Knutson
967 Stoney Creek Lane
Yorkville, IL 60560


Kendall County Collector
111 W. Fox Street
Yorkville, IL 60560


Kitchen Design 2000
1145 S. Cindy Court
Plainfield, IL 60585


Kopy Kat Copier, Inc.
1550 N. Farnsworth Avenue
Aurora, IL 60505


Larry and Deb Granat
953 Stoney Creek Lane
Yorkville, IL 60560


Leon and Judy Liss
309 Windham Circle
Yorkville, IL 60560


Light Source Lighting
15114 S. Route 59
Plainfield, IL 60586


Liss Photography Studio
309 Windham Circle
Yorkville, IL 60560


Little Electrical Contractors
12825 Barrow Lane
Plainfield, IL 60585


Louise Kolb
1817 Willow Drive
Plainfield, IL 60544

Mark and Jill Fleishman
323 Windham Circle
Yorkville, IL 60560


Mark of Excellence
821 Gleason Avenue
Aurora, IL 60560


Mary P. Nowak
368 Tyler Creek Court
Yorkville, IL 60560


Michael Bianco
2020 Windham Circle
Wheaton, IL 60187


Michelle Keenan
3891 N. Route 71
Sheridan, IL 60551


Mike and Kathy Masciopinto
356 Tyler Creek Court
Yorkville, IL 60560


Mike and Sue Bianco
2020 Windham Circle
Wheaton, IL 60187


Milan Kodich
BECKY CANTWELL
453 Poplar Drive
Yorkville, IL 60560


Milgard Windows #774070
4070 Solutions Center
Chicago, IL 60677


National Association of Homebuilder
1201 15th Street, N.W.
Washington, DC 20005


Natoma Group
C/O Attorney John A. Lipinsky
2525 Cabot Drive, #300
Lisle, IL 60532

Nelson Surveyors
13300 S. Division Street, #D1
Plainfield, IL 60544


Nicor Gas
Post Office Box 416
Aurora, IL 60560


Oasis Industries, Inc.
1600 Mountain Street
Aurora, IL 60505


Paul and Joanne Nottke
431 Poplar Drive
Yorkville, IL 60560


Pella Windows & Doors
112 Alexandra Way
Carol Stream, IL 60188


PH Construction
1010 Dean Street
Woodstock, IL 60098


Plan-It Granite & Marble of Chicago
1325 W. Ardmore Avenue
Itasca, IL 60143


Preferred Waterproofing, Inc.
9845 Rutherford Avenue
Chicago Ridge, IL 60415


RDI Jaime Manzo
Post Office Box 945
Plainfield, IL 60544


Rich and Patty Tanney
27340 W. Red Wing Lane
Channahon, IL 60410


Rick and Martha Jeffers
344 Poplar Drive
Yorkville, IL 60560

Rick Baker Masonry
8N591 Thomas Road
Hampshire, IL 60140


Robert and Olga Rammer
2050 Windham Circle
Wheaton, IL 60187


Robert and Sandra Kolodzinski
358 Poplar Drive
Yorkville, IL 60560


Robert and Suzanne Knauer
904 Cobblestone Court
Shorewood, IL 60404


Roger and Cindy Poole
27264 W. Deer Hollow Lane
Channahon, IL 60410


Ron and Cathy Kelso
473 Poplar Drive
Yorkville, IL 60560


Russ and Barb Brown
924 Stoney Creek Lane
Yorkville, IL 60560


S&K Development, LLC
C/O Attorney Steven Ruffalo
400 S. Knoll Street
Wheaton, IL 60187


Salsbury Industries
1010 E. 62nd Street
Los Angeles, CA 90001


SCE Unlimited
195 Exchange Blvd.
Glendale Heights, IL 60139


Schoenberg, Fisher, Newman and
Rosenburg
222 S. Riverside Plaze
Chicago, IL 60606

Scott and Debbie Falduto
394 Windham Circle
Yorkville, IL 60560


Sopris Concrete
213 Bender Street
Sandwich, IL 60548


Sprint
Post Office Box 88026
Chicago, IL 60680


Sprint
Post Office Box 4191
Carol Stream, IL 60197


State Farm Mutual Insurance Co.
6134 N. Northwest Highway
Chicago, IL 60631


Stip Brothers Excavating, Inc.
19042 W. Manhattan Road
Elwood, IL 60421


Tamarack Heating & Cooling
11956 S. Aero Drive
Plainfield, IL 60544


Teresa's Palette
321 E. Wilson Street
Batavia, IL 60510


The Office Works
Post Office Box 173
Plano, IL 60545


Thorne Electric, Inc.
Post Office Box 321
Wheaton, IL 60189


Valley Paving
49 Stonehill Road
Oswego, IL 60543

Vesco Reprographic
1351 Aucutt Road
Montgomery, IL 60538


Village of Channahon
24555 S. Navajo Drive
Channahon, IL 60410


Wheaton Sanitary District
Post Office Box 4490
Carol Stream, IL 60197


Whitehall Products
1345 Momentum Place
Chicago, IL 60689


William Scotsman, Inc.
C/O Beach Associates, Inc.
696 Bay Road, #B
Dover, DE 19901


Wilson Heating & Air Conditioning
925 Lambrecht Road
Frankfort, IL 60423


Windham Commons Homeowners Assoc.
Post Office Box 307
Wheaton, IL 60189


Yorkville Hill Landscaping
9591 State Route 126
Yorkville, IL 60560

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Cardinal Homes of Illinois, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cardinal Homes of Illinois, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 11, 2007**

Date

**/s/ Chris D. Rouskey**

**Chris D. Rouskey**

Signature of Attorney or Litigant

Counsel for   **Cardinal Homes of Illinois, Inc.**

**Rouskey and Baldacci**
**151 Springfield Avenue**
**Joliet, IL 60435**
**815-741-2118 Fax:815-741-0670**
**rouskey-baldacci@sbcglobal.net**